IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOHN AND CINDY SKOGEN,          ( | |
|                  *Plaintiffs*,  ( | |
| ( | |
| v.                                                ( | |
| ( | Case No. 4:19-cv-585 |
| RFJ AUTO GROUP, INC. EMPLOYEE ( | |
| BENEFIT PLAN, RFJ AUTO GROUP, ( | |
| INC., and GROUP & PENSION   ( | |
| ADMINISTRATORS, INC.,         ( | |
|                  *Defendants*.  ( | |

**JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER**

Plaintiffs, John and Cindy Skogen (collectively, "Skogens"), Defendant, Group & Pension Administrators, Inc. ("GPA"), Defendant RFJ Auto Group, Inc. Employee Benefit Plan ("The Plan"), and Defendant RFJ Auto Group, Inc. ("RFJ"), each to be referred to herein as "Party" and collectively as "Parties," move for the entry of the Stipulated Confidentiality Order as follows:

1. The parties wish to provide for confidentiality as to certain documents which may be produced in discovery, including written discovery, depositions, and/or materials subpoenaed from third parties.

2. The parties' counsel have conferred regarding issues of confidentiality and the form of a proposed Stipulated Confidentiality Order. The parties have stipulated to the entry of a Confidentiality Order in the form attached hereto.

3. The Confidentiality Order serves to protect confidential information which may be disclosed in this matter. The parties below agree that the terms of the Confidentiality Order shall govern upon the filing of this Motion.

1

4. Furthermore, the Parties believe that in the course of the above-captioned action, confidential information, including medical information protected by state law and federal law, including the Health Insurance Portability and Accountability Act ("HIPAA"), will necessarily be disclosed.

5. The Parties further believe that entry of a protective order pursuant to Federal Rules of Civil Procedure Rule 26 is necessary for the prosecution and defense of this action given the confidential medical and non-medical information at issue.

6. It is respectfully requested that the Court sign and enter the Confidentiality Order in the form attached hereto pursuant to Fed. R. Civ. P. Rule 26 in order to protect confidential and HIPAA-protected information.

Respectfully submitted this 16th day of July, 2020.

**AGREED AND APPROVED:**

| | |
|---|---|
| *Benjamin C. Yelverton* | */s/ Christopher J. Dawes* |
| Benjamin C. Yelverton | Christopher J. Dawes |
| Texas Bar No. 24084132 | Colorado Bar No. 33818 |
| yelverton@scanesrouth.com | **FOX ROTHSCHILD, LLP** |
| Tyler B. Talbert | 1225 17th Street, Suite 2200 |
| Texas Bar No. 24088501 | Denver, CO 80202 |
| talbert@scanesrouth.com | (303) 292-1200 |
| | cdawes@foxrothschild.com |
| **SCANES & ROUTH, LLP** | |
| 7901 Fish Pond Road, Suite 200 | Daniel J. Madden |
| P. O. Box 20965 | State Bar No. 24002513 |
| Waco, Texas 76702-0965 | **FOX ROTHSCHILD, LLP** |
| (254) 399-8788 | Two Lincoln Centre |
| (254) 399-8780 (facsimile) | 5420 LBJ Freeway, Suite 1200 |
| | Dallas, Texas  75240 |
| *Attorneys for Plaintiffs John and Cindy Skogen* | (972) 991-0889 |
| | dmadden@foxrothschild.com |
| | |
| | *Attorneys for Group and Pension Administrators, Inc.* |

*/s/ Donald W. Gould, II*
Donald W. Gould, II
State Bar No. 08234250
dgould@jdkglaw.com
Amber Hackett Crosby
State Bar No. 24103158
acrosby@jdkglaw.com

**JOHNSON DELUCA KURISKY & GOULD, P.C.**
1221 Lamar Street, Suite 1000
Houston, TX 77010
(713) 652-2525
(713) 652-5130 (facsimile)

*Attorneys for Defendants RFJ Auto Group Inc. Employee Benefit Plan and RFJ Auto Group, Inc.*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 16th day of July, 2020, a true and correct copy of the above and foregoing **JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER** was served via CM/ECF upon all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Tyler Bass Talbert (talbert@scanesrouth.com)
Benjamin Curtis Yelverton (yelverton@scanesrouth.com)
Scanes & Routh, LLP
7901 Fish Pond Road, Suite 200
PO Box 20965
Waco, TX 76702
*Attorneys for Plaintiffs John Skogen and*
*Cindy Skogen*

Amber Hackett Crosby (acrosby@jdkglaw.com)
Donald W. Gould, II (dgould@jdkglaw.com)
Johnson DeLuca Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, TX 77010
*Attorneys for Defendants RFJ Auto Group Inc. Employee*
*Benefit Plan and RFJ Auto Group, Inc.*

                                                      */s/ Rhonda A. Hanshe*
                                                      Rhonda A. Hanshe