**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **JOHN AND CINDY SKOGEN,** § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **RFJ AUTO GROUP, INC. EMPLOYEE** § <br> **BENEFIT PLAN, RFJ AUTO GROUP, INC.** § <br> **GROUP & PENSION ADMINISTRATIONS,** § <br> **INC., and ELAP SERVICES, LLC,** § <br> § <br> Defendants. § <br> § | Civil Action No.: 4:19-cv-585-SDJ-KPJ |

## ORDER

On August 3, 2020, counsel for Plaintiffs notified the Court regarding a discovery dispute between the parties that has reached an impasse.

**IT IS HEREBY ORDERED** that counsel for parties shall appear telephonically on **Wednesday, August 12, 2020, at 2:00 p.m.** The Court provides participants with the teleconference call-in information as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3465831, followed by #.**

Participants are directed to call this number no later than 1:55 p.m.

So ORDERED and SIGNED this 4th day of August, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE